# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

|  |  |  |
|---|---|---|
| ERIC CHRISTOPHER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:13-cv-1653-O |
| | § | |
| OFFICER NFN MCCLENDON, | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that Plaintiff's claims are **DISMISSED with prejudice** as frivolous under 28 U.S.C. § 1915(e)(2).

**SO ORDERED** on this **15th day** of **October, 2013.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**